FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2011 OCT 19 PM 5:09

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

PHILIP T. AMICO and MARIA J. AMICO,

    Plaintiffs,

v.                                      Case No. 3:09-cv-911-J-20JRK

PROSPERITY BANK, FIRST AMERICAN
TITLE INSURANCE COMPANY d/b/a
PALM COAST ABSTRACT & TITLE, INC.,
et al.

    Defendants.
_____/

## ORDER

This cause is before this Court on "Defendant First American Title Insurance Company's Motion for Sanctions Against Plaintiffs and Incorporated Memorandum of Law" (Dkt. 85), "Defendant First American Title Insurance Company's Motion for Attorney's Fees" (Dkt. 87), "Plaintiffs' Memorandum of Law in Opposition to Defendant First American's Motion for Attorney's Fees" (Dkt. 89), and "First American's Reply Memorandum on Motion for Attorneys' Fees" (Dkt. 93).

On August 9, 2011, this Court dismissed this case with prejudice (Dkt. 82) following the Plaintiffs' Second Amended Complaint. Plaintiffs have appealed that Order (Dkt. 91). It seems inappropriate to rule on these pending motions while this matter remains on appeal.

Accordingly it is **ORDERED**:

"Defendant First American Title Insurance Company's Motion for Sanctions Against Plaintiffs and Incorporated Memorandum of Law" (Dkt. 85) and "Defendant First American Title Insurance Company's Motion for Attorney's Fees" (Dkt. 87) are held in abeyance pending the

resolution of the appeal in this matter.

DONE AND ENTERED at Jacksonville, Florida, this 19th day of October, 2011.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Philip T. Amico, *pro se*
Maria J. Amico, *pro se*
Beau A. Baker, Esq.
Frank E. Morreale, Esq.
Scott Stephen Gallagher, Esq.
Gordon T. Whitcomb, Esq.